Application Granted.

So Ordered: /s/ P. Kevin Castel
Hon. P. Kevin Castel, U.S.D.J.

11-23-21

**GEORGIA M. PESTANA**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KATHERINE J. WEALL**
*Senior Counsel*
Phone: (212) 356-5055
Mobile: (646) 370-0051
kweall@law.nyc.gov

November 23, 2021

Honorable P. Kevin Castel (By ECF)
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Huggins v. City of New York, et al.
      21-cv-1533 (PKC)

Your Honor:

I am the attorney assigned to represent defendant the City of New York in the above-referenced case. The City writes, on behalf of both parties, to provide a status update to the Court, and to request a further 30-day stay of the case.

Plaintiff's counsel has advised defendant that his medical treatment is going well and that he anticipates returning to work, at least on a part-time basis, by the middle of December. He would therefore greatly appreciate a continued stay of this case for an additional 30 days, after which time he expects to be able to participate fully in this litigation. The City consents to this request.

The parties therefore respectfully request a further stay of this case of 30 days, and propose that they submit a status letter to the Court by January 3, 2022. The parties will propose a new discovery schedule at that time.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Katherine J. Weall*
Katherine J. Weall
*Senior Counsel*

c.c.   Philip Akakwam, Attorney for Plaintiff (By ECF)